W. J. BYRNES & Co. OF N. Y., INC. *v.* UNITED STATES

No. 7367.—Pro forma invoice dated Nottingham, England, May 27, 1946.
Entered at New York, N. Y., July 3, 1946.
Entry No. 701123.

(Decided August 27, 1947)

*Siegel, Mandell & Davidson (Joshua M. Davidson of counsel) for the plaintiff.*
*Paul P. Rao, Assistant Attorney General, for the defendant.*

TILSON, Judge: In this appeal for a reappraisement, counsel for the respective parties have stipulated that the issues involved herein are the same in all material respects as were the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record therein has been admitted in evidence in this case.

Upon the agreed facts and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by this appeal to be the values found by the appraiser, less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal.

Judgment will be rendered accordingly.